### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:16-CV-205-RLV-DCK

| | | |
|---|---|---|
| DENA TOWNSEND, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RELIANCE STANDARD LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Stay" (Document No. 9) filed April 10, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Stay" (Document No. 9) is **GRANTED with modification**. The parties shall file a Status Report on **May 12, 2017**.

**SO ORDERED**.

Signed: April 12, 2017

David C. Keesler
United States Magistrate Judge